**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**James A. Strickling,** **Civil No. 01-2358 MJD/SRN**

**Plaintiff,**

**v.** **ORDER COMPELLING DISCOVERY**

**City of Minneapolis, Officer John Doe and Officer Richard Roe,**

**Defendants.**

TO: Plaintiff above named and to Willard L. Wentzel, Jr., Esq., Wentzel & Associates, 6100 Green Valley Drive, Suite 220, Bloomington, MN 55438

Defendants above named and to Peter W. Ginder, Esq., Office of the Minneapolis City Attorney, 300 Metro Center, 333 South 7th Street, Minneapolis, MN 55402-2453

This matter came on for hearing on September 22, 2002, at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101 before the Honorable Susan Richard Nelson on Defendants' Motion to Compel Discovery and for Sanctions (Doc. No. 6). Plaintiff James A. Strickling was represented by William L. Wentzel, Jr, 6100 Green Valley Drive, Suite 220, Bloomington, MN 55438. Defendant City of Minneapolis was represented by Peter W. Ginder, 300 South Seventh Street, Suite 300, Minneapolis, MN 55402.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Compel Discovery (Doc. No. 6-1) is granted. Plaintiff shall comply with all outstanding discovery requests of the City of Minneapolis on or before October 7, 2002.

2. Defendants' Motion for Sanctions (Doc. No. 6-2) is denied.

OCT 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Defendants' Motion to Extend the Scheduling Order (Doc. No. 6-3) is granted. The scheduling order previously issued in this case is hereby amended so that all dates contained in that order are extended by two months. An Amended Pretrial Scheduling Order will follow.

Dated: September 30, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge